UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

MONICA J. DENNIS,

     Plaintiff,

v.

ACA RECEIVABLES COMPANY, LLC.
d/b/a AMERICAN AGENCIES,

     Defendant,

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.     Plaintiff, MONICA J. DENNIS, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.     Defendant, ACA RECEIVABLES COMPANY, LLC d/b/a

AMERICAN AGENCIES, is a limited liability company. All its members are

citizens of the State of California with its principal place of business at 555 West

Victoria Street, Compton, California 90220.

5.     Defendant regularly uses the mail and telephone in a business the

principal purpose of which is the collection of debts.

6.     Defendant regularly collects or attempts to collect debts for other

parties.

7.     Defendant is a "debt collector" as defined in the FDCPA.

8.     Defendant was acting as a debt collector with respect to the collection

of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.     Defendant sought to collect from Plaintiff an alleged debt arising from

transactions incurred for personal, family or household purpose.

10.    Defendant left the following message on Plaintiff's voice mail on his

cellular telephone on or about the dates stated:

April 7, 2010 at 2:42 PM – Pre-Recorded Message
This is American Agencies. This is not a sales call. Please call us at 1-877-866-8300. Again, that number is 1-877-866-8300. Thank you.

April 8, 2010 at 2:02 PM – Pre-Recorded Message
This is American Agencies. This is not a sales call. Please call us at 1-877-866-8300. Again, that number is 1-877-866-8300. Thank you.

April 9, 2010 at 2:11 PM – Pre-Recorded Message
This is American Agencies. This is not a sales call. Please call us at 1-877-866-8300. Again, that number is 1-877-866-8300. Thank you.

April 14, 2010 at 12:31 PM – Pre-Recorded Message
This is American Agencies. This is not a sales call. Please call us at 1-877-866-8300. Again, that number is 1-877-866-8300. Thank you.

April 15, 2010 at 12:01 PM – Pre-Recorded Message
This is American Agencies. This is not a sales call. Please call us at 1-877-866-8300. Again, that number is 1-877-866-8300. Thank you.

April 16, 2010 at 10:32 AM – Pre-Recorded Message
This is American Agencies. This is not a sales call. Please call us at 1-877-866-8300. Again, that number is 1-877-866-8300. Thank you.

April 20, 2010 at 2:42 PM – Pre-Recorded Message
7-866-8300. Again, that number is 1-877-866-8300. Thank you.

April 21, 2010 at 2:26 PM – Pre-Recorded Message
7-866-8300. Again, that number is 1-877-866-8300. Thank you.

April 22, 2010 at 10:40 AM – Pre-Recorded Message
7-866-8300. Again, that number is 1-877-866-8300. Thank you.

April 23, 2010 at 10:39 AM – Pre-Recorded Message
7-866-8300. Again, that number is 1-877-866-8300. Thank you.

April 30, 2010 at 4:49 PM – Pre-Recorded Message
861-2636. Again, that number is 1-888-861-2636. Thank you.

May 3, 2010 at 7:31 PM – Pre-Recorded Message
861-2636. Again, that number is 1-888-861-2636. Thank you.

May 18, 2010 at 3:14 PM – Pre-Recorded Message
861-2636. Again, that number is 1-888-861-2636. Thank you.

May 19, 2010 at 12:26 PM – Pre-Recorded Message
861-2636. Again, that number is 1-888-861-2636. Thank you.

May 26, 2010 at 2:17 PM – Pre-Recorded Message
861-2636. Again, that number is 1-888-861-2636. Thank you.

May 27, 2010 at 2:31 PM – Pre-Recorded Message
861-2636. Again, that number is 1-888-861-2636. Thank you.

11.    Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.    The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See _Berg v. Merchs. Ass'n Collection Div_., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.    Defendant failed to inform Plaintiff in the message that the

communication was from a debt collector and failed to disclose the purpose of

Defendant's message and failed to disclose Defendant's name.

14.    Defendant used an automatic telephone dialing system or a pre-

recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15.    None of Defendant's telephone calls placed to Plaintiff were for

"emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

16.    Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

17.    Plaintiff incorporates Paragraphs 1 through 16.

18.    Defendant failed to disclose in the telephone messages that it is a debt

collector in violation of 15 U.S.C. §1692e(11). See _Foti v. NCO Fin. Sys_., 424 F.

4

Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S.

Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs.,

2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

### COUNT II
### FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

19.    Plaintiff incorporates Paragraphs 1 through 16.

20.    Defendant placed telephone calls to Plaintiff without making

meaningful disclosure of its identity when it failed to disclose that it is a debt

collector and the purpose of Defendant's communication in the telephone

messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group,*

*Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008,

(S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F.

Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp.

2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT III
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

21.    Plaintiff incorporates Paragraphs 1 through 16.

22.    Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages;

      b.     a declaration that Defendant's calls violate the TCPA;

      c.     a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

      d.     Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.

Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658